*William E. Haudek* for motion.

No one opposed.

Motion granted.

In the Matter of JOEL HAFTER, Appellant, against EAGLE FISH Co., INC., et al., Respondents.

Submitted November 12, 1946; decided November 14, 1946.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HAROLD K. WHITE, Appellant.

Argued October 17, 1946; decided November 21, 1946.